1  Benjamin L. Ratliff, Bar No. 113708
   James T. Binion, Bar No. 258346
2  **LAW OFFICES OF**
   **BENJAMIN L. RATLIFF**
3  1100 West Shaw Avenue, Suite 124
   Fresno, California  93711
4
   Telephone: (559) 227-2166
5  Facsimile:  (559) 227-0846

6  Attorneys for Defendant, TONY THOMAS JR., dba ROONEY'S LIQUOR

7

8

9
                        **UNITED STATES DISTRICT COURT**
10
                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**
11

12  RONALD MOORE,                          )   CASE NO.  1:10-CV-00940 OWW DLB
                                           )
13         Plaintiff,                      )   **ORDER REGARDING MODIFICATION**
                                           )   **OF SCHEDULING CONFERENCE ORDER**
14      vs.                                )   **AND SETTING NEW TRIAL DATE**
                                           )
15  TONY THOMAS, JR., dba ROONEY'S         )   Complaint Filed:  May 26, 2010
    LIQUOR,                                )
16                                         )
           Defendants.                     )
17                                         )
                                           )
18                                         )
                                           )

19     The court having read and considered the joint ex parte application by the parties requesting

20  modification of the scheduling conference dates and good cause appearing therefore,

21     IT IS HEREBY ORDERED that the dates be modified as follows:

22                                          <u>Current Date</u>           <u>New Date</u>

23  Discovery Cut-off                       June 15, 2011          September15, 2011

24  Non-Dispositive Motion Filing Deadline  June 30, 2011          September  30, 2011

25  Non-Dispositive Motion Hearing Date@ 9:00  July 29, 2011       October 28, 2011

26  Dispositive Motion Filing Deadline      July 29, 2011          October 28, 2011

27
    Dispositive Motion Hearing Date @ 10:00 August 29, 2011        November 28, 2011
28

**Order Regarding Modification of Scheduling Conference Order and Setting New Trial Date**

**1**

| | | |
|---|---|---|
| Settlement Conference Date @ 10:00 | June 21, 2011 | September 21, 2011 |
| Pre-Trial Conference @ 11:00 | October 3, 2011 | January 9, 2012 |
| Trial Date @ 9:00 | November 22, 2011 | February 22, 2012 |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts.

IT IS SO ORDERED.

Dated:   **April 8, 2011**                              **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE