1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | No: 1:10-CV-00940-OWW-JLT |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| TONY THOMAS JR., dba ROONEY'S LIQUOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and Defendant Tony Thomas Jr. dba Rooney's Liquor ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Tony Thomas Jr. dba Rooney's Liquor be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

///

///

///

///

*Moore v. Tony Thomas, Jr.*
Stipulation for Dismissal; Order

of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: July 14, 2011                                             MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Ronald Moore

Date: July 14, 2011                                             LAW OFFICES OF BENJAMIN L. RATLIFF

/s/ James T. Binion
James T. Binion, Attorneys for
Defendant Tony Thomas, Jr.

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Ronald Moore and Defendant Tony Thomas, Jr., dba Rooney's Liquor shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Ronald Moore and Defendant Tony Thomas, Jr., dba Rooney's Liquor, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Tony Thomas, Jr., dba Rooney's Liquor is dismissed with prejudice from this action.

4. As there are no remaining defendants in this action, the entire action is also dismissed with prejudice.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

*Moore v. Tony Thomas, Jr.*
Stipulation for Dismissal; Order

Page 2

Dated:  **July 14, 2011**                              **/s/ Oliver W. Wanger**
                                                               UNITED STATES DISTRICT JUDGE